In the Matter of JOHN PALMIERI, an Attorney, Appellant. ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK, Respondent.

*Matter of Palmieri,* 176 App. Div. 58, reversed.
(Argued April 23, 1917; decided July 11, 1917.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 16, 1917, disbarring the appellant herein from practice as an attorney and counselor at law.

*Nathan L. Miller* and *Howard Taylor* for appellant.

*Thomas D. Thacher* and *Einar Chrystie* for respondent.

Order reversed and proceedings dismissed on the ground that the evidence does not warrant the conclusion that there was intentional misconduct on the part of the appellant justifying his disbarment upon the charge sustained by the Appellate Division; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, HOGAN, POUND and ANDREWS, JJ. Dissenting: CHASE and CARDOZO, JJ.